GIRL SCOUT COUNCIL OF BERGEN COUNTY v. ETHEL HUDSON.

November 12, 1973. Petition for certification denied.

CHRISTOPHER RADITSAS v. INSURANCE COMPANY OF NORTH AMERICA.

November 12, 1973. Petition for certification denied.

VIOLA SINGLETON v. CONSOLIDATED FREIGHTWAYS, CORPORATION.

November 12, 1973. Petition for certification granted.

BOROUGH OF WOODSTOWN v. TOWNSHIP OF LOWER AL-LOWAYS CREEK AND CITY OF SALEM v. TOWNSHIP OF LOWER ALLOWAYS CREEK.

November 12, 1973. Petition for certification denied.

DORIS J. TAYLOR v. IRENE P. POWELL AND BONNIE M. WATSON v. IRENE P. POWELL.

November 12, 1973. Petition for certification denied.